1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     sgizer@earlysullivan.com
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     slau@earlysullivan.com
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, NV Bar No. 12277
7    ksinclair@sinclairbraun.com
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendants
11 CHICAGO TITLE INSURANCE COMPANY and FIDELITY
   NATIONAL TITLE GROUP, INC.
12
   DESIGNATED LOCAL COUNSEL FOR SERVICE OF
13 PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

14 Gary L. Compton, State Bar No. 1652
   2950 E. Flamingo Road, Suite L
15 Las Vegas, Nevada 89121

16 **UNITED STATES DISTRICT COURT**

17 **DISTRICT OF NEVADA**

18 | COMMUNITY LOAN SERVICING, LLC F/K/A BAYVIEW LOAN SERVICING, LLC, | Case No.: 3:21-CV-00154-MMD-WGC |

19 **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**

20                Plaintiff,

21          vs.                                         **FIRST REQUEST**

22 FIDELITY NATIONAL TITLE GROUP,
   INC. et al.,
23
                Defendants.
24

25       COMES NOW defendant Chicago Title Insurance Company ("Chicago Title") and

26 plaintiff Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC ("Bayview"), by

27 and through their respective attorneys of record, which hereby agree and stipulate as follows:

28



1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

1. On March 8, 2021 Bayview filed its complaint in the Second Judicial District Court for the State of Nevada;

2. On April 5, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Chicago Title's response to the complaint is currently due on April 14, 2021;

4. Counsel for Chicago Title requests a 30-day extension, through and including Friday, May 14, 2021, for Chicago Title to file is response to Bayview's complaint to afford Chicago Title's counsel additional time to review and respond to Bayview's complaint.

5. Counsel for Bayview does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Chicago Title, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Chicago Title's objections under Fed. R. Civ. P. 12.

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to the complaint is hereby extended through and including Friday, May 14, 2021.

Dated: April 13, 2021                SINCLAIR BRAUN LLP

By: __/s/-Kevin S. Sinclair__
KEVIN S. SINCLAIR
Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY
and FIDELITY NATIONAL TITLE GROUP, INC.

Dated: April 13, 2021                WRIGHT FINLAY & ZAK, LLP

By: __/s/-Lindsay D. Robbins__
LINDSAY D. ROBBINS
Attorneys for Plaintiff
COMMUNITY LOAN SERVICING, LLC
F/K/A BAYVIEW LOAN SERVICING, LLC

**IT IS SO ORDERED.**

Dated this  14th  day of  April , 2021.

_William G. Cobb_
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

