Scott E. Gizer, Esq., Nevada Bar No. 12216
 sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
 slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
 ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY and FIDELITY
NATIONAL TITLE GROUP, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COMMUNITY LOAN SERVICING, LLC F/K/A BAYVIEW LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 3:21-CV-00154-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**SECOND REQUEST** |

COMES NOW defendant Chicago Title Insurance Company ("Chicago Title") and plaintiff Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC ("Bayview"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:



1

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

1. On March 8, 2021 Bayview filed its complaint in the Second Judicial District Court for the State of Nevada;

2. On April 5, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On April 14, 2021, the Court granted the parties first stipulation to extend the deadline for Chicago Title to respond to the complaint through May 14, 2021 (ECF No. 11);

4. Counsel for Chicago Title requests a two-week extension, through and including Friday, May 28, 2021, for Chicago Title to file is response to Bayview's complaint to afford Chicago Title's counsel additional time to review and respond to Bayview's complaint.

5. Counsel for Bayview does not oppose the requested extension;

6. This is the second request for an extension made by counsel for Chicago Title, which is made in good faith and not for the purposes of delay.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

7. This stipulation is entered into without waiving any of Chicago Title's objections under Fed. R. Civ. P. 12.

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to the complaint is hereby extended through and including Friday, May 28, 2021.

Dated: May 12, 2021     SINCLAIR BRAUN LLP

By: */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY
and FIDELITY NATIONAL TITLE GROUP, INC.

Dated: May 12, 2021     WRIGHT FINLAY & ZAK, LLP

By: */s/-Lindsay D. Robbins*
LINDSAY D. ROBBINS
Attorneys for Plaintiff
COMMUNITY LOAN SERVICING, LLC
F/K/A BAYVIEW LOAN SERVICING, LLC

**IT IS SO ORDERED.**

Dated this 13th day of May, 2021.

_William G. Cobb_
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE