WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Christina V. Miller, Esq.
Nevada Bar No. 12448
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff, Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMUNITY LOAN SERVICING, LLC FKA BAYVIEW LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; DOES I through X; and ROES XI through XX,<br><br>Defendants. | Case No.: 3:21-cv-00154-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 20-21]**<br><br>**[First Request]** |

Plaintiff, Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC ("Plaintiff"), Specially-Appearing Defendant Fidelity National Title Group, Inc. ("Fidelity"), and Defendant Chicago Title Insurance Company ("Chicago"), (collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On March 8, 2021, Plaintiff filed its Complaint in the Second Judicial District Court, Case No. CV21-00397 [ECF No. 1-1];

2. On April 5, 2021, Defendants filed their Petition for Removal to this Court [ECF No. 1];

3. On May 28, 2021, Defendants filed their Motions to Dismiss [ECF No. 20-21];

4. Plaintiff's deadline to respond to Defendants' Motions to Dismiss is currently June 11, 2021;

5. Plaintiff's counsel is requesting an extension until July 12, 2021, to file its response to the pending Motions to Dismiss;

6. This extension is requested to allow counsel for Plaintiff additional time to finalize and respond to the points and authorities cited to in Defendants' Motions.

7. Counsel for Defendants does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 11th day of June, 2021.                    DATED this 11th day of June, 2021.

WRIGHT, FINLAY & ZAK, LLP                              SINCLAIR BRAUN LLP

*/s/ Christina V. Miller*                                              */s/ Kevin S. Sinclair*
Christina V. Miller, Esq.                                            Kevin S. Sinclair, Esq.
Nevada Bar No. 12448                                              Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                              16501 Ventura Boulevard, Suite 400
Las Vegas, NV 89117                                                 Encino, California 91436
*Attorneys for Plaintiff, Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC*    *Attorney for Defendants, Fidelity National Title Group, Inc. and Chicago Title Insurance Company*

**IT IS SO ORDERED.**

Dated this  14th  day of June, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE