Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMUNITY LOAN SERVICING, LLC FKA BAYVIEW LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 3:21-cv-00154-MMD-WGC<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 12] AND MOTION FOR FEES AND COSTS [ECF No. 13]**<br><br>**(Second Request)** |



Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC ("Bayview") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On March 8, 2021, Bayview filed its Complaint in the Second Judicial District Court, Case No. CV21-00397 [ECF No. 1-1];
2. On April 5, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];
3. On May 5, 2021, Bayview filed a Motion for Remand [ECF No. 12] and Motion for Costs and Fees [ECF No. 13];
4. On May 19, 2021, the Court granted the parties' request to extend the deadline for Chicago Title to respond to Bayview's Motion for Remand and Motion for Costs and Fees;
5. Chicago Title's deadline to respond to Bayview's Motion for Remand and Motion for Costs and Fees is June 18, 2021;
6. Chicago Title's counsel is requesting an extension until July 9, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;
7. Chicago Title requests another extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Chicago Title additional time to respond to the legal arguments set forth in Bayview's motions;
8. Bayview does not oppose the requested extension;
9. This is the second request for an extension which is made in good faith and not for purposes of delay;

///
///
///
///
///
///

1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
621196.1

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to Bayview's Motion for Remand [ECF No. 12] and Motion for Costs and Fees [ECF No. 13] is hereby extended through and including July 9, 2021.

Dated: June 16, 2021

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

By: */s/-- Sophia S. Lau*
SCOTT E. GIZER
SOPHIA S. LAU
Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: June 16, 2021

SINCLAIR BRAUN LLP

By: */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: June 16, 2021

WRIGHT FINLAY & ZAK, LLP

By: */s/-Darren T. Brenner*
DARREN T. BRENNER
Attorneys for Plaintiff COMMUNITY LOAN SERVICING, LLC FKA BAYVIEW LOAN SERVICING, LLC

**IT IS SO ORDERED:**

Dated: June 17, 2021

By: _____
UNITED STATES DISTRICT COURT JUDGE



2
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
621196.1

Case 3:21-cv-00154-MMD-WGC   Document 24   Filed 06/16/21   Page 4 of 4

# CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

                        */s/ D'Metria Bolden*
                        D'METRIA BOLDEN
                        An Employee of EARLY SULLIVAN
                        WRIGHT GIZER & McRAE LLP

3
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
621196.1