WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Christina V. Miller, Esq.
Nevada Bar No. 12448
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff, Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMUNITY LOAN SERVICING, LLC FKA BAYVIEW LOAN SERVICING, LLC,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; DOES I through X; and ROES XI through XX,<br><br>Defendants. | Case No.: 3:21-cv-00154-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS FOR ATTORNEYS' FEES AND COSTS OF DEFENDANTS [ECF Nos. 28-29]**<br><br>**[First Request]** |

Plaintiff, Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC ("Plaintiff"), Specially-Appearing Defendant Fidelity National Title Group, Inc. ("Fidelity"), and Defendant Chicago Title Insurance Company ("Chicago"), (collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On July 23, 2021, Defendant (Fidelity) filed a motion for fees (ECF No. 28) and a memorandum of costs (ECF No. 29);
2. Plaintiff's response to both is presently due on August 6, 2021;
3. Plaintiff's counsel is presently unavailable to respond. Of the three attorneys assigned to the matter, one is on maternity leave, one is on family leave, and the other is about to leave for a family vacation. Given the circumstances, the parties stipulate and agree that Plaintiff shall have an additional 30 days to respond to ECF Nos. 28 and 29;

4. This extension is requested to allow counsel for Plaintiff additional time to finalize and respond to the points and authorities cited to in Defendants' Motions.

5. Counsel for Defendants does not oppose the requested extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 30th day of July, 2021.                     DATED this 30th day of July, 2021.

WRIGHT, FINLAY & ZAK, LLP                              SINCLAIR BRAUN LLP

*/s/ Darren T. Brenner*                                */s/ Kevin S. Sinclair*
Darren T. Brenner, Esq.                                Kevin S. Sinclair, Esq.
Nevada Bar No. 8386                                    Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                         16501 Ventura Boulevard, Suite 400
Las Vegas, NV 89117                                    Encino, California 91436
*Attorneys for Plaintiff, Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC*    *Attorney for Defendants, Fidelity National Title Group, Inc. and Chicago Title Insurance Company*

**IT IS SO ORDERED.**

Dated this 30th day of ___July_____, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE