WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMUNITY LOAN SERVICING, LLC FKA BAYVIEW LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; DOES I through X; and ROES XI through XX,<br><br>Defendants. | Case No.: 3:21-cv-00154-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS FOR ATTORNEYS' FEES AND COSTS OF DEFENDANTS [ECF Nos. 28-29]**<br><br>**[Third Request]** |

Plaintiff, Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC ("Plaintiff"), Specially-Appearing Defendant Fidelity National Title Group, Inc. ("Fidelity"), and Defendant Chicago Title Insurance Company ("Chicago"), (collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On July 23, 2021, Defendants filed a motion for fees (ECF No. 28) and a memorandum of costs (ECF No. 29).
2. Plaintiff's response to both is presently due on October 6, 2021.
3. Plaintiff seeks a 30-day extension to respond until November 5, 2021.
4. The extension is to allow the parties to continue to meet and confer, and provided Plaintiff additional time to draft and formulate its response to the extent responses are required.
5. Counsel for Defendant does not oppose the requested extension.

6. This is the third request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 4th day of October, 2021. | DATED this 4th day of October, 2021. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Darren T. Brenner* <br> Darren T. Brenner, Esq. <br> Nevada Bar No. 8386 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC* | */s/ Kevin S. Sinclair* <br> Kevin S. Sinclair, Esq. <br> Nevada Bar No. 12277 <br> 16501 Ventura Boulevard, Suite 400 <br> Encino, California 91436 <br> *Attorney for Defendants, Fidelity National Title Group, Inc. and Chicago Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this 5th day of October, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE