WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Christina V. Miller, Esq.
Nevada Bar No. 12448
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff, Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| COMMUNITY LOAN SERVICING, LLC FKA BAYVIEW LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; DOES I through X; and ROES XI through XX,<br><br>Defendants. | Case No.: 3:21-cv-00154-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS FOR ATTORNEYS' FEES AND COSTS OF DEFENDANTS [ECF Nos. 28-29]**<br><br>**[Fourth Request]** |

Plaintiff, Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC ("Plaintiff"), Specially-Appearing Defendant Fidelity National Title Group, Inc. ("Fidelity"), and Defendant Chicago Title Insurance Company ("Chicago"), (collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On July 23, 2021, Defendants filed a motion for fees (ECF No. 28) and a memorandum of costs (ECF No. 29).

2. Plaintiff's response to both is presently due on November 5, 2021.

3. Plaintiff seeks a 31-day extension to respond until December 6, 2021.

4. The extension is to allow the parties to continue to meet and confer, and provided Plaintiff additional time to draft and formulate its response to the extent responses are required. The parties believe they have made some progress in their prior discussions, but each

parties became heavily occupied in several of the pending title insurance Ninth Circuit appeals, which were recently heard on October 20, 2021. The parties believe this additional two weeks will be sufficient time to resolve their discussions.

5. Counsel for Defendant does not oppose the requested extension.
6. This is the fourth request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 3rd day of November, 2021. | DATED this 3rd day of November, 2021. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Darren T. Brenner* <br> Darren T. Brenner, Esq. <br> Nevada Bar No. 8386 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC* | */s/ Kevin S. Sinclair* <br> Kevin S. Sinclair, Esq. <br> Nevada Bar No. 12277 <br> 16501 Ventura Boulevard, Suite 400 <br> Encino, California 91436 <br> *Attorney for Defendants, Fidelity National Title Group, Inc. and Chicago Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this  3rd day of  November , 2021.

_____
UNITED STATES DISTRICT COURT JUDGE